## THE ECLIPSE BICYCLE CO. *v.* FARROW.*

---

No. 1434.    Decided December 9, 1904.

PER CURIAM:

This cause being now before us for final disposition, and the decree appealed from being in accordance with the mandate of this court, said decree is affirmed, with costs, December 9, 1904.

*See S. C., 16 App. D. C. 468, 18 App. D. C. 101, and 23 App. D. C. 411.